UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SOUTHERN OWNERS INSURANCE
COMPANY,

    Plaintiff,

vs.                                            CASE NO. 8:15-CIV-1440 -T-EAK-EAJ

GALLO BUILDERS SERVICES,
INC., et al.,

    Defendants
_____/

**ORDER OF JUDGMENT**

    This cause is before the Court on the Plaintiff's motion for entry of final declaratory judgment against Defendant Gallo Building Services, Inc. (Gallo) (Doc. 16). A default was entered against Gallo on July 17, 2015 and the Plaintiff filed the instant motion that same day. Response to the motion was due on or before August 4, 2015, but to date there has been no response filed. Therefore, after a complete review of the motion, the Court finds that the Plaintiff is entitled to the requested judgment. Accordingly, it is

**ORDERED** that the Plaintiff's's motion for entry of final declaratory judgment against Defendant Gallo Building Services, Inc. (Doc. 16) be **granted** and the Clerk of Court is directed to enter judgment against Gallo Building Services, Inc. and for the Plaintiff as follows: declaration that Plaintiff owes no duty to defend or indemnify Gallo Building Services, Inc. under any policies of liability insurance in connection with the underlying lawsuit styled: *KB Home Tampa, KB Home Orlando and KB Home Ft. Myers v. Gallo Building Services, Inc. et al.* as filed in the Twelfth Judicial Circuit in and for Manatee County, Florida. Case No.: 2013-Ca-002629.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 14th day of August, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE