UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SOUTHERN OWNERS INSURANCE COMPANY,**

    Plaintiff,

v.                                        Case No: 8:15-CV-1440-T-17EAJ

**GALLO BUILDING SERVICES, INC., et al.,**

    Defendants.
_____/

## ORDER

Before the Court are Defendants KB Home Tampa, LLC, KB Home Orlando, LLC, and KB Home Fort Meyers, LLC's ("KB Homes'") **Unopposed Motion for Admission Pro Hac Vice for David T. Dekker and Consent to Designation as Local Counsel** (Dkt. 20), **Unopposed Motion for Admission Pro Hac Vice for Melissa C. Lesmes and Consent to Designation as Local Counsel** (Dkt. 21), and **Unopposed Motion for Admission Pro Hac Vice for Stephen S. Asay and Consent to Designation as Local Counsel** (Dkt. 22). KB Homes request that this Court permit David T. Dekker, Melissa C. Lesmes, and Stephen S. Asay to appear pro hac vice with Michael J. Furbush designated as local counsel pursuant to Local Rule 2.02(a), M.D. Fla.

KB Homes state that David T. Dekker, Melissa C. Lesmes, and Stephen S. Asay are members in good standing of the United States District Court for the District of Maryland. In support of the motions, KB Homes attached certificates of good standing for each attorney from the United States District Court for the District of Maryland.

Upon consideration, it is **ORDERED and ADJUDGED** that KB Homes' Unopposed Motion for Admission Pro Hac Vice for David T. Dekker and Consent to Designation as Local

Counsel (Dkt. 20), Unopposed Motion for Admission Pro Hac Vice for Melissa C. Lesmes and Consent to Designation as Local Counsel (Dkt. 21), and Unopposed Motion for Admission Pro Hac Vice for Stephen S. Asay and Consent to Designation as Local Counsel (Dkt. 22) are **GRANTED**, subject to the requirement that David T. Dekker, Melissa C. Lesmes, and Stephen S. Asay shall comply with the fee and email registration requirements of Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

**DONE and ORDERED** in Tampa, Florida on this 9th day of September, 2015.

ELIZABETH A JENKINS
United States Magistrate Judge

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing the court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an email address.